**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6552**

---

WINSTON NAJEE REED,

        Plaintiff - Appellant,

    v.

LIEUTENANT T. B. SMITH; J. CARICO, Unit Manager,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:22-cv-00169-JPJ-PMS)

---

Submitted:  March 16, 2023                    Decided:  March 21, 2023

---

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Winston NaJee Reed, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Winston NaJee Reed appeals the district court's order dismissing without prejudice Reed's 42 U.S.C. § 1983 complaint for failure to comply with its order to provide financial documentation pursuant to 28 U.S.C. § 1915(a)(2).  A district court has the authority to dismiss an action for a party's failure to comply with its orders, and we review a court's decision to dismiss for failure to comply for an abuse of discretion.  *See* Fed. R. Civ. P. 41(b); *Attkisson v. Holder*, 925 F.3d 606, 620, 625-27 (4th Cir. 2019).  We have reviewed the record and discern no abuse of discretion.  Accordingly, we affirm the district court's order. *Reed v. Smith*, No. 7:22-cv-00169-JPJ-PMS (W.D. Va. Apr. 26, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2